COMMONWEALTH of Pennsylvania,
Respondent

v.

Courtney WILSON, Petitioner
No. 320 EAL 2016

Supreme Court of Pennsylvania.

February 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue Dissents.